```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS TORO, on behalf of himself and all others similarly situated,

                                       Plaintiff,          23-CV-4453(VEC)

                  -against-                         ORDER

L & M FOOTWEAR, INC.,

                                       Defendant.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Federal Rule of Civil Procedure 4(m) provides that the Plaintiff must effectuate service of process within 90 days from the Complaint's filing;

       WHEREAS the Complaint was filed on May 26, 2023, Dkt. 1;

       WHEREAS on September 25, 2023, the Court ordered Plaintiff to show cause why the matter should not be dismissed for failure to serve not later than September 27, 2023, Dkt. 7; and

       WHEREAS Plaintiff did not respond to the order show cause by the September 27, 2023, deadline.

       IT IS HEREBY ORDERED that the case is DISMISSED without prejudice. The Clerk of Court is respectfully directed to terminate the case.

**SO ORDERED.**

Date: **September 28, 2023**                            _____
      **New York, New York**                       **VALERIE CAPRONI**
                                                                      **United States District Judge**